# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CSS | 09994403 | VARGAS | 6521 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 04/04/2021  9:36pm | USC TITLE 18 |

Place of Offense: PARKING LOT 5114 MIRAMAR WAY SAN DIEGO CA 92145

Offense Description: Factual Basis for Charge — HAZMAT ☐

SECTION 113 ASSAULT

### DEFENDANT INFORMATION

Last Name: PENA JR.  First Name: PEDRO  M.I.: M

Street Address: [redacted]

Tag No. / State / Year / Make/Model / PASS / Color: [blank]

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: _____

Original - CVB Copy

*09994403*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on APR 4th, 20 21 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

I responded to a call about a fight in progress. When I arrived on scene I witnessed 3 individuals arguing. It was determined that Pena and his friend Rodriguez were in a physical altercation with Morrello. Morrello sustained an injury to his left cheek just below the eye and a cut inside his upper lip.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/04/2021  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/11/2021 14:49